Edgar Carranza, Esq.
Nevada State Bar No. 5902
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 S. Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545 facsimile
ecarranza@backuslaw.com

Attorney for Defendants
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA ROSE ENRIQUEZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION, a Foreign Corporation; DOES I-X; and ROE CORPORATIONS I-X, <br><br> Defendants. | **Case No. 2:19-cv-01676-JCM-EJY** |

### STIPULATION AND ORDER TO REMAND

Plaintiff, ANA ROSE ENRIQUEZ (hereinafter referred to as "Ms. Enriquez" or "Plaintiff"), by and through counsel Scott Philippus, Esq. of the Hicks & Brasier, PLLC and Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco") by and through counsel Edgar Carranza, Esq. and Jacquelyn Franco, Esq. of the law firm of BACKUS, CARRANZA & BURDEN, hereby agree and stipulate as follows:

1. On May 13, 2019, Plaintiff filed her Complaint in the Eighth Judicial District Court bearing Case No. A-19-794714-C.

2. Costco filed its Answer on June 20, 2019.

3. On September 9, 2019, Plaintiff filed a Request for Exemption from Arbitration detailing $20,686.21 in medical expenses, an additional $16,515.84 in wage loss damages and general and special damages arguing that she "suffered personal injuries such that a reasonable jury award would <u>far exceed</u> the $50,000 statutory limit for the arbitration program."

4. On September 23, 2019, the Arbitration Commissioner granted the request for exemption.

5. On September 25, 2019, Costco filed its Notice of Removal in the United States District Court for the District of Nevada, based on diversity jurisdiction pursuant to 28 U.S.C. 1332(a)(1).

6. At the time of the filing of the notice of removal, there was complete diversity in this matter as Plaintiff is a citizen of the State of Nevada and Costco is a citizen of the State of Washington and the amount in controversy appeared to be in excess of $75,000.00.

7. Subsequently, Plaintiff and Costco have discussed her claim for damages in greater detail. Plaintiff hereby stipulates, that the reasonable verdict value of this case does not meet or exceed $75,000.00 and that she will not ask for more than $74,999.99 at the time of trial.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that this Court no longer has jurisdiction under 28 U.S.C. § 1332(a)(1) for this matter and that this action should be remanded back to the Eighth Judicial District Court for the State of Nevada in and for the County of Clark pursuant to 28 U.S.C. § 1447(e).

. . . .

. . . .

. . . .

. . . .

IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own attorney's fees and costs with respect to the removal and subsequent remand of the action pursuant to this stipulation and order.

DATED this 15th day of October, 2019.        DATED this 15th day of October, 2019

**BACKUS, CARRANZA & BURDEN**                Hicks & Brasier, PLLC


By: *Edgar Carranza, Esq.*              By: *Scott Philippus, Esq.*
    Edgar Carranza, Esq.                     Scott Philippus, Esq
    Nevada Bar No. 5902                      Nevada Bar No.
    Jacquelyn Franco, Esq.                   Hicks & Brasier, PLLC
    Nevada State Bar No. 13484               2630 S. Jones Blvd.
    3050 South Durango Drive                 Las Vegas, Nevada 89146
    Las Vegas, Nevada 89117                  Attorney for Plaintiff
    Attorney for Defendant                   ANA ROSE ENRIQUEZ
    COSTCO WHOLESALE
    CORPORATION

### ORDER

This Court having reviewed the parties' Stipulation to Remand this removed action and good cause appearing, hereby orders as follows:

1. The parties' stipulation is approved;

2. There are no pending motions;

3. Case No. 2:19-cv-01676-JCM-EJY styled *Ana Rose Enriquez v. Costco Wholesale Corporation, et. al.* is hereby remanded to the Eighth Judicial District Court for the State of Nevada, Case No. A-19-794714-C;

4. That the reasonable verdict value of this case does not meet or exceed $75,000.00 and that Plaintiff will not ask for more than $74,999.99 at the time of trial; and

. . . .

3

5. Each party to bear their own attorney's fees and costs related to the removal and remand.

**IT IS SO ORDERED**.

DATED October 16, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE